In the Matter of CONTINENTAL VEND-ING MACHINE CORP., Debtor.

No. 283, Docket 28607.

United States Court of Appeals Second Circuit.

Argued Dec. 6, 1963.

Decided Dec. 6, 1963.

Stein, Kripke & Rosen, New York City (Robert D. Marcus, New York City, of counsel), and Nathan B. Kogan, New York City, for appellants.

Curtis, Mallet-Prevost, Colt & Mosle, New York City (Victor V. Vensas, Harvey P. Dale, and Nancy Stagg, New York City, of counsel, and John P. Campbell, New York City, on the argument), and David W. Kahn and William M. Kahn, New York City, for appellees.

Before MOORE, FRIENDLY and KAUFMAN, Circuit Judges.

PER CURIAM.

Being unable to find that the District Judge abused his discretion, we affirm his order.

Accordingly, the motion for a stay is denied.

LIMONEIRA COMPANY, a California corporation, Roger Donlon, Paul B. Kersten and E. B. Antonell et al., Appellants,

v.

W. Willard WIRTZ and Robert C. Goodwin, Appellees.

No. 18838.

United States Court of Appeals Ninth Circuit.

Feb. 12, 1964.

Rehearing Denied March 23, 1964.

McDaniel & McDaniel, Ivan G. McDaniel and Leon L. Gordon, Los Angeles, Cal., for appellants.

Charles Donahue, Solicitor, Dept. of Labor, Washington, D. C., John W. Douglas, Asst. Atty. Gen., Sherman L. Cohn, Robert V. Zener, and J. William Doolittle, Attys., Dept. of Justice, Washington, D. C.; and Francis C. Whelan, U. S. Atty., Los Angeles, Cal., for the appellees.

Before POPE, CHAMBERS and JERTBERG, Circuit Judges.

Order.

The judgment of the trial court is affirmed on the basis of that court's opinion. See Limoneira Company et al. v. Wirtz et al., D.C., 225 F.Supp. 961.